UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. **2:19-cv-07304-JVS (MAA)** | Date: **November 25, 2019** |
| Title **Anthony D. Williams v. William P. Barr et al.** | |

Present: The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Chris Silva | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**     **Order to Show Cause Why This Case Should Not Be Dismissed for Want of Prosecution**

On August 22, 2019, Plaintiff Anthony D. Williams ("Plaintiff") filed a civil rights Complaint pursuant to 42 U.S.C. § 1983. (Compl., ECF No. 1.) However, Plaintiff neither paid the required $400 filing fee, nor filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

On August 26, 2019, the Court issued an Order Regarding Application to Proceed *In Forma Pauperis* or Payment of Filing Fee, which ordered Plaintiff to submit, within thirty days from the date of the Order, the $400 filing fee or application to proceed *in forma pauperis* with supporting documentation. ("Order," ECF No. 7) The Court cautioned Plaintiff that failure to comply with the Order would result in a dismissal of the lawsuit. (*Id.*)

On September 20, 2019, Plaintiff requested a forty-five day extension of time to file an application to proceed *in forma pauperis*. ("Request," ECF No. 8.) On September 24, 2019, the Court granted Plaintiff's Request, and extended Plaintiff's deadline to file an application to proceed *in forma pauperis* or pay the filing fee to November 8, 2019.

To date, Plaintiff has neither submitted the $400 filing fee nor an application to proceed *in forma pauperis*.

Plaintiff is **ORDERED TO SHOW CAUSE** by **December 26, 2019** why the Court should not recommend that the case be dismissed for want of prosecution. C.D. Cal. L.R. 41-1. If Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. **2:19-cv-07304-JVS (MAA)** | Date: **November 25, 2019** |
| Title **Anthony D. Williams v. William P. Barr et al.** | |

submits the $400 filing fee or an application to proceed *in forma pauperis* on or before that date, the Order to Show Cause will be discharged, and no additional action need be taken.

**Plaintiff is advised that failure to comply with this order will result in a recommendation that the lawsuit be dismissed without prejudice for failure to prosecute and/or comply with court orders**. *See* **Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1.**

It is so ordered.

Attachment
Request to Proceed In Forma Pauperis with Declaration in Support (CV-60P)

| | |
|---|---|
| **Time in Court:** | 0:00 |
| **Initials of Preparer:** | CSI |